# United States District Court

## Southern District of Georgia

| | |
|---|---|
| Thomas West | Case No. 1:24-cv-00161-JRH-BKE |
| Plaintiff | |
| v. | Appearing on behalf of |
| NNIT, Inc. | Defendant |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  16th  day of  October , 2024 .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:   C. Todd Van Dyke

Business Address:   Jackson Lewis P.C.
Firm/Business Name

171 17th Street, NW, Suite 1200
Street Address

| Street Address (con't) | Atlanta, | Georgia | 30363 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(404) 586-1814                    723420
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   todd.vandyke@jacksonlewis.com